1   ALEXANDER HERNAEZ (SBN 201441)
AHernaez@FoxRothschild.com
2   FOX ROTHSCHILD LLP
345 California Street, Suite 2200
3   San Francisco, CA 94104-2670
Telephone:     415.364.5540
4   Facsimile:     415.391.4436

5   Attorney for Defendant
Tesla, Inc. d/b/a Tesla Motors, Inc.
6

7                      UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  CRISTINA BALAN                          Case No. 3:19-cv-00449-EMC

11              Plaintiff,                   **DECLARATION OF ALEXANDER
                                             HERNAEZ, ESQ. IN SUPPORT OF
12          v.                               DEFENDANT TESLA, INC.'S
                                             OPPOSITION TO PLAINTIFF'S
13  TESLA MOTORS, INC.                       PETITION TO MODIFY AND
                                             PARTIALLY VACATE THE
14              Defendant.                   ARBITRATION AWARD**

15
                                            Judge:          Edward M. Chen
16                                          Petition Filed:  January 25, 2019

17

18

19

20

21

22

23

24

25

26

27

28

I, Alexander Hernaez, declare as follows:

1.      I am an attorney duly licensed to practice before this court and all courts of the State of California.  I am a partner at Fox Rothschild, LLP, and I am attorney of record for Defendant Tesla, Inc. d/b/a Tesla Motors, Inc. ("Tesla") in this action.  I make this declaration in support of Defendant's Opposition to Plaintiff's Petition to Modify and Partially Vacate Arbitration Award.  I have personal knowledge of the facts contained herein and, if called upon as a witness in a court of law, I could and would competently testify thereto.

2.      A true and correct copy of Plaintiff's August 2010 Employment Offer Letter admitted at the Arbitration is attached hereto and incorporated herein as **Exhibit 1**.

3.      A true and correct copy of Plaintiff's June 2013 Employment Offer Letter admitted at the Arbitration is attached hereto and incorporated herein as **Exhibit 2**.

4.      A true and correct copy of Plaintiff's Demand for JAMS Arbitration admitted at the Arbitration is attached hereto and incorporated herein as **Exhibit 3**.

5.      A true and correct copy of my email with Plaintiff's first counsel, Noah Lebowitz, dated April 27, 2015, in the selection of an arbitrator is attached hereto and incorporated herein as **Exhibit 4**.

6.      A true and correct copy of my email with Noah Lebowitz, dated May 11, 2015, in the selection of Judge Warren is attached hereto and incorporated herein as **Exhibit 5**.

7.      A true and correct copy of JAMS's confirmation of the parties' appointment of Judge Warren, dated May 12, 2015, is attached hereto and incorporated herein as **Exhibit 6**.

8.      Attached hereto and incorporated herein as **Exhibit 7** is a true and correct copy of the email I received from JAMS regarding the Final Award that was served on the parties on October 17, 2018.

9.       Attached hereto and incorporated herein as **Exhibit 8** is a true and correct copy of the Corrected Final Award that was served on the parties via email on October 18, 2018.

10.     A true and correct copy of the caption, excerpts of arbitration hearing pages, and reporter's certificate of Day 3 on December 20, 2017, is attached hereto and incorporated herein as **Exhibit 9**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 7, 2019 in San Francisco, California.

_____/s/ Alex Hernaez_____
Alexander Hernaez

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to this action. My business address is: Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco, CA 94104-2670.

On March 7, 2019, I served the following document(s):

**DECLARATION OF ALEXANDER HERNAEZ, ESQ. IN SUPPORT OF DEFENDANT TESLA, INC.'S OPPOSITION TO PLAINTIFF'S PETITION TO MODIFY AND PARTIALLY VACATE THE ARBITRATION AWARD**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

Cristina Balan
4698 Arbors Circle
Mukilteo, WA 98275

☑ **[BY FIRST CLASS MAIL]:** I placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ **[BY MESSENGER]:** I served the documents by placing them in an envelope or package addressed to the persons at the address listed above and providing them to a professional messenger service for service.

☐ **[BY FACSIMILE]:** I caused said document(s) to be faxed to the facsimile number(s) above.

☐ **[BY OVERNIGHT DELIVERY]:** I caused said document(s) to be deposited at an overnight delivery facility, addressed to the above-listed person(s) for delivery the next business day.

☐ **[BY EMAIL]:** I electronically served the above document(s) from (Type Email Here) to the email address of the addressee(s) listed above.

☑ **y[BY ELECTRONIC TRANSMISSION]:** I caused said document to be electronically filed and served through the CM/ECF System, and I certify that all participants in the case are registered CM/ECF users.

☑ **[FEDERAL]** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 7th day of March at San Francisco, California.

/s/ Raizsa Reboredo
Raizsa Reboredo