# EXHIBIT 2



June 18, 2013

Cristina Balan
1450 Sand Hill Rd, Apt 201
Palo Alto, CA 94304

Dear Cristina:

Tesla Motors, Inc. ("Tesla" or the "Company") is pleased to offer you the exempt, salaried position of Sr. CAD Engineer- Interior Systems on the terms set forth below. As a Sr. CAD Engineer- Interior Systems, you will perform the duties customarily associated with this position. You will report to Derek Allen, Manager- Interior Systems. Your duties, responsibilities, job title, and work location may be changed at any time by Tesla.

Your annualized salary will be $112,000 per year, subject to standard payroll deductions and withholdings. As an exempt employee, you will not be entitled to overtime. You will be eligible for vacation and sick leave according to Tesla's standard policy. Subject to the rules of the applicable plan documents, you will also be eligible to receive other benefits Tesla may provide to its employees (e.g., health and dental insurance coverage) beginning on your date of hire. Tesla may consider you for bonuses, although the amount of such bonuses, if any, and the criteria for determining the award of such bonuses, if any, shall be in the sole discretion of Tesla. Of course, Tesla reserves the right to modify your compensation and benefits from time to time, as it deems necessary.

Tesla Motors, Inc. offers a competitive benefits package described below:

> **Stock Options:** Subject to the approval of the Compensation Committee of Tesla's Board of Directors, you will be granted a stock option to purchase an aggregate of 3,500 shares of Tesla's Common Stock pursuant to Tesla's 2010 Equity Incentive Plan. Twenty-five percent (25%) of the shares subject to the option shall vest 12 months after the date your vesting begins and no shares shall vest before such date and no rights to any vesting shall be earned or accrued prior to such date, and the remaining shares shall vest monthly over the next 36 months in equal monthly amounts subject to your continuing eligibility. This option grant shall be subject to the terms and conditions of Tesla's applicable Stock Option Plan and your Stock Option Agreement, including vesting requirements.
>
> **401K Program:** You will be eligible to participate in Tesla's 401K program after your first pay check. Our 401K program is administered by Fidelity Investments.
>
> **Vacation Program:** Tesla offers regular full-time employees and part-time employees who work 20 hours per week are eligible for PTO immediately and accrue PTO at 1.25 days per month (for a total of 15 days per calendar year).

TESLA 000510

**Relocation Program**: You will also receive relocation assistance subject to our standard relocation program. Details of the program will be provided to you. If you voluntarily leave Tesla Motors, Inc. within 24 months of your hire date, you agree to repay on your last day of employment the pro-rata amount of any fees for relocation assistance that we provided to you.

The Company is excited about your joining and looks forward to a beneficial and fruitful relationship. Nevertheless, you should be aware that your employment with the Company is for no specified period and constitutes at-will employment. As a result, you are free to resign at any time, for any reason or for no reason, with or without notice. Similarly, the Company is free to conclude its employment relationship with you at any time, with or without cause, and with or without notice.

We ask that, if you have not already done so, you disclose to Tesla any and all agreements relating to your prior employment that may affect your eligibility to be employed by Tesla or limit the manner in which you may be employed. It is Tesla's understanding that any such agreements will not prevent you from performing the duties of your position and you represent that such is the case. We want to emphasize that we do not wish you to bring any confidential or proprietary materials of any former employer which would violate any obligations you may have to your former employer. You agree not to make any unauthorized disclosure to Tesla or use on behalf of Tesla any confidential information belonging to any of your former employers (except in accordance with agreements between Tesla and any such former employer). You also warrant that you do not possess any property containing a third party's confidential and proprietary information. Of course, during your employment with Tesla, you may make use of information generally known and used by persons with training and experience comparable to your own, and information which is common knowledge in the industry or is otherwise legally available in the public domain. Moreover, you agree that, during the term of your employment with the Company, you will not engage in any other employment, occupation, consulting or other business activity directly related to the business in which Tesla is now involved or becomes involved during the term of your employment, nor will you engage in any other activities that conflict with your obligations to Tesla.

As a Tesla employee, you will be expected to abide by all Tesla policies and procedures, and, as a condition of your employment, you will sign and comply with Tesla's standard confidentiality agreement which prohibits unauthorized use or disclosure of Tesla confidential information or the confidential information of Tesla's clients.

To ensure the rapid and economical resolution of disputes that may arise in connection with your employment with Tesla, you and Tesla agree that any and all disputes, claims, or causes of action, in law or equity, arising from or relating to your employment, or the termination of your employment, will be resolved, to the fullest extent permitted by law by binding arbitration per Attachment A, and that *you are waiving your right to a jury trial*.

If you accept our offer, your first day of employment will be July 8, 2013. This letter agreement constitutes the complete, final and exclusive embodiment of the entire agreement between you and Tesla with respect to the terms and conditions of your employment, and it supersedes any other agreements or promises made to you by anyone, whether oral or written. This Agreement cannot be changed, amended, or modified except in a written agreement signed by an officer of Tesla. This letter agreement shall be construed and interpreted in accordance with the laws of the State of California.

TESLA 000511

This offer of employment is contingent upon the following:

- Your ability to provide and maintain the proper and necessary documentation required for you and Tesla to comply with all applicable United States immigration laws and regulations. Please be prepared on your first day of employment to show specific documentation to certify your legal right to work in the United States.
- Your execution (signature) of the Tesla Employee Agreement as set forth in Attachment B which requires, among other provisions, the assignment of patent rights to any invention made during your employment at the Tesla, and non-disclosure of Tesla's proprietary information.
- The satisfactory review and/or verification of background information, including, but not limited to, prior employment, reference checks, education, Department of Motor Vehicles, Social Security, and criminal conviction records.

If you choose to accept our offer under the terms described above, please indicate your acceptance, by signing below and returning it to me prior to June 21, 2013 after which date this offer will expire.

We look forward to your favorable reply and to a productive and enjoyable work relationship.

          Very truly yours,
          Tesla Motors, Inc.

*[signature]*

Elon Musk
*Chairman of the Board and CEO*

Accepted by: _____        Date: _____

Start Date:     July 8, 2013

- Your ability to provide and maintain the proper and necessary documentation required for you and Tesla to comply with all applicable United States immigration laws and regulations. Please be prepared on your first day of employment to show specific documentation to certify your legal right to work in the United States.
- Your execution (signature) of the Tesla Employee Agreement as set forth in Attachment B which requires, among other provisions, the assignment of patent rights to any invention made during your employment at the Tesla, and non-disclosure of Tesla's proprietary information.
- The satisfactory review and/or verification of background information, including, but not limited to, prior employment, reference checks, education, Department of Motor Vehicles, Social Security, and criminal conviction records.

If you choose to accept our offer under the terms described above, please indicate your acceptance, by signing below and returning it to me prior to June 21, 2013 after which date this offer will expire.

We look forward to your favorable reply and to a productive and enjoyable work relationship.

Very truly yours,
Tesla Motors, Inc.

Elon Musk
*Chairman of the Board and CEO*

Accepted by: _____   Date: JUNE 21, 2013

Start Date:   July 8, 2013

*Balan*   Page 3 of 4

TESLA 000513

## ARBITRATION AGREEMENT

To ensure the rapid and economical resolution of disputes that may arise in connection with your employment with Tesla, you and Tesla agree that any and all disputes, claims, or causes of action, in law or equity, arising from or relating to your employment, or the termination of your employment, will be resolved, to the fullest extent permitted by law by final, binding and confidential arbitration in San Francisco, California conducted by the Judicial Arbitration and Mediation Services/Endispute, Inc. ("JAMS"), or its successors, under the then current rules of JAMS for employment disputes. Accordingly, you and Tesla agree to an arbitration in which:

a. **you are waiving any and all rights to a jury** trial but all court remedies will be available in arbitration; and

b. all disputes between you and the Company shall be fully and finally resolved by binding arbitration that provides for adequate discovery; and

c. all disputes shall be resolved by a neutral arbitrator who shall issue a written opinion; and

d. Tesla shall pay all arbitration fees in excess of those which would be required if the dispute was filed in a court of law.

Nothing in this Agreement is intended to prevent either you or Tesla from obtaining injunctive relief in court to prevent irreparable harm pending the conclusion of any such arbitration.

Arbitrable claims do not include, and this Agreement does not apply to or otherwise restrict, administrative claims you may bring before any government agency where, as a matter of law, the parties may not restrict your ability to file such claims (including the Equal Employment Opportunity Commission or its state equivalent, and the National Labor Relations Board). Otherwise, it is agreed that arbitration shall be the exclusive remedy for all claims.