# EXHIBIT 5

# Huang, Diana

| | |
|---|---|
| **From:** | Noah D. Lebowitz <Noah@dplolaw.com> |
| **Sent:** | Monday, May 11, 2015 10:37 AM |
| **To:** | Hernaez, Alexander |
| **Cc:** | Miyar, Ramon A. |
| **Subject:** | RE: Tesla |

OK.  I'll contact JAMS and get things rolling.



*Representing individuals who have the courage to exercise their rights*

Noah D. Lebowitz vCard

100 Bush Street, Suite 1800

San Francisco, CA 94104

415.433.0333 x3

415.449.6556 (f)

noah@dplolaw.com

www.dplolaw.com

CONFIDENTIAL COMMUNICATION

Duckworth Peters Lebowitz Olivier LLP E-MAIL NOTICE

This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**From:** Hernaez, Alexander [mailto:AHernaez@foxrothschild.com]
**Sent:** Monday, May 11, 2015 9:36 AM
**To:** Noah D. Lebowitz
**Cc:** Miyar, Ramon A.
**Subject:** Tesla

We will agree to Judge Warren.  Thanks.

**Alexander Hernaez**
**Fox Rothschild LLP**
345 California Street
Suite 2200
San Francisco, CA 94104

Mobile| (415) 902-5628 Direct| (415) 364-5566 Fax| (415) 391-4436

Stay Informed!  Read our California Employment Law Blog at http://californiaemploymentlaw.foxrothschild.com

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.