# EXHIBIT 6

## Huang, Diana

| | |
|---|---|
| **From:** | Kathleen Hanley <khanley@jamsadr.com> |
| **Sent:** | Tuesday, May 12, 2015 1:50 PM |
| **To:** | noah@dplolaw.com; ymohamed@teslamotors.com; Hernaez, Alexander; Miyar, Ramon A. |
| **Cc:** | Murphy, Marilyn; BSafadi@rmkb.com; Darcy English |
| **Subject:** | Balan, Cristina vs. Tesla Motors, Inc. - REF# 1100080567 |
| **Attachments:** | SKMBT_C45415051212530.pdf |

Dear Counsel:

Thank you for your timely responses.

Your notice appointing Judge Warren, along with his disclosure reports, is attached.  The retainer referenced therein will be sent shortly by separate individual email.

This arbitration will now be administered by my colleague Darcy English, whom I've copied here.  Her contact information is as follows:

> Darcy English
> JAMS
> Two Embarcadero Center, Suite 1500, San Francisco, CA 94111
> Telephone:  415-774-2635
> Facsimile:  415-982-5687
> Email: denglish@jamsadr.com

Darcy will be in touch with you later this month to schedule your preliminary conference call.

It was a pleasure working with you.

Thank you.

Best regards,





**Kathleen Hanley**
Senior Case Manager

JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
khanley@jamsadr.com
Direct Dial: 415-774-2617
Fax: 415-982-5287

**JAMS is proud to announce that it was voted the number one ADR provider in the 2015 "Best of" survey in the *National Law Journal*.**

 Please consider the environment **before** printing this email.