# EXHIBIT 7

# Huang, Diana

| | |
|---|---|
| **From:** | Tina Oja <toja@jamsadr.com> |
| **Sent:** | Wednesday, October 17, 2018 4:11 PM |
| **To:** | Hernaez, Alexander; yperetz@peretzlaw.com; Li, Lucy; dgaribaldi@peretzlaw.com |
| **Cc:** | khaswell@peretzlaw.com; Huang, Diana |
| **Subject:** | [EXT] Balan, Cristina vs. Tesla Motors, Inc. - JAMS Ref No. 1100080567 |
| **Attachments:** | Final Award.pdf |

Dear Counsel,

Attached is the Final Award in this matter.  A hard copy will follow via U.S. mail.

Thank you,
Tina


**Tina Oja**
Case Manager



**Local Solutions. Global Reach.**<sup>TM</sup>
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
 P: 415-774-2627   |   F: 415-982-5287
 www.jamsadr.com

 Follow us on **LinkedIn** and **Twitter**.