# EXHIBIT 9

| | |
|---|---|
| 1 | JUDICIAL ARBITRATION AND MEDIATION SERVICES |
| 2 | |
| 3 | CRISTINA BALAN, |
| 4 |     Claimant, |
| 5 | vs.                 JAMS NO. 1100080567 |
| 6 | TESLA MOTORS, INC., |
| 7 |     Respondent. |
| 8 | _____/ |

**REPORTER CERTIFIED TRANSCRIPT**

```
                ARBITRATION BEFORE

         HONORABLE JAMES L. WARREN (RET.)

         REPORTER'S TRANSCRIPT OF PROCEEDINGS

                     Volume III

                  Pages 561 - 859

            Wednesday, December 20, 2017

               San Francisco, California
```

Reported by:
LORI STOKES
CSR No. 12732, RPR
FILE NO. 17-23124

```
11:14   1    find it?  What's going on?
11:14   2               THE WITNESS:  I can't speak to how the
11:14   3    hole came into existence.  Like I said, there's
11:14   4    nothing in our system that would create that hole.
11:14   5    Backups run every day, you know, and have been
11:14   6    since the existence of Tesla.
11:14   7               And, to my knowledge, I've not heard of
11:14   8    anyone else coming forward and saying, hey, I'm
11:14   9    suddenly missing, you know, this window of email.
11:14  10               THE ARBITRATOR:  Could a human being go
11:14  11    in and create that hole intentionally?
11:14  12               THE WITNESS:  In a mailbox, yes; in a
11:14  13    backup, no.
11:14  14               THE ARBITRATOR:  Would the backup defeat
11:14  15    a human being's effort to try to create that hole?
11:14  16               THE WITNESS:  It would not.
11:14  17               So if a human being went into a
11:14  18    particular mailbox and deleted particular items
11:14  19    between backups, for instance, let's say you back
11:15  20    up your computer yourself every Friday.  You go
11:15  21    home this weekend -- a backup ran last Friday.  The
11:15  22    next scheduled backup is scheduled to run this
11:15  23    Friday.  You go home tonight.  Your daughter sits
11:15  24    down on your computer, plays around, deletes
11:15  25    something.
```

```
11:15   1        THE ARBITRATOR:  You know my daughter,
11:15   2   huh?
11:15   3        THE WITNESS:  I do know your daughter.
11:15   4        And the next backup that runs will only
11:15   5   back up the items that are there.  If that stuff
11:15   6   that has been deleted wasn't there on your computer
11:15   7   at the time that the backup ran, it will not be
11:15   8   able to be backed up.
11:15   9        THE ARBITRATOR:  Okay.  I have no idea
11:15  10   what emails originally existed during this time
11:15  11   frame, the hole.
11:15  12        THE WITNESS:  Uh-huh.
11:15  13        THE ARBITRATOR:  We have a representation
11:15  14   from Ms. Balan that there was a lot of really
11:15  15   important stuff in there, important people in the
11:15  16   company saying congratulatory things to her and
11:15  17   stuff like that.  This stuff, looking at it very
11:16  18   quickly, is mostly junk.
11:16  19        Is it possible that a hypothetical human
11:16  20   being could go into that -- go into that email and
11:16  21   selectively delete certain items?
11:16  22        THE WITNESS:  Absolutely.
11:16  23        THE ARBITRATOR:  Leaving only others?
11:16  24        THE WITNESS:  Yes.
11:16  25        THE ARBITRATOR:  And then having only
```

1   I, the undersigned, a Certified Shorthand Reporter
2   of the State of California, do hereby certify:
3       That the foregoing proceedings were taken before me
4   at the time and place herein set forth; that any
5   witnesses in the foregoing proceedings, prior to
6   testifying, were duly sworn; that a record of the
7   proceedings was made by me using machine shorthand,
8   which was thereafter transcribed under my direction;
9   further, that the foregoing is a true record of the
10  testimony given.
11      I further certify I am neither financially
12  interested in the action nor a relative or employee of
13  any attorney or party to this action.
14      IN WITNESS WHEREOF, I have this date subscribed my
15  name.
16
17  Dated: _January 3rd, 2018_
18
19
20  _Lori Stokes_
    LORI STOKES
21  CSR No. 12732