UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRISTINA BALAN,

    Plaintiff,

    v.

TESLA MOTORS INC.,

    Defendant.

Case No. 19-cv-00449-EMC

**JUDGMENT**

On March 28, 2019, the Court issued its Order Denying Plaintiff's Petition to Modify and Partially Vacate the Arbitration Award (*see* Order, Docket No. 20). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: March 28, 2019

EDWARD M. CHEN
United States District Judge