UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA BALAN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA MOTORS INC.,<br><br>　　　　　　Defendants. | Case No.: 19-cv-00449-EMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 3/28/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Cristina Balan
4698 Arbors Circle
Mukiteo, WA 98275

Dated: 3/28/2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:  Leni Doyle-Hickman, Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　the Honorable Edward M. Chen

*Service_Certificate _CRD*
*rev. August 2018*